SECURITY TRUST
7119 E. SHEA BLVD. #109-466
SCOTTSDALE, AZ 85254
(480) 443-3526

NORFOLK DIVISION
FILED APR 26 2004
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In Re: | Case No: 03-51907 |
| ERNEST MOORE and OLIVIA MOORE, | Chapter 13 |
| Debtor(s). | NOTICE OF ASSIGNMENT OF BENEFICIAL INTEREST AND REQUEST FOR NOTICE |

**NOTICE IS HEREBY GIVEN** that **FIRSTPLUS FINANCIAL, INC. (SERVICED BY COUNTRYWIDE HOME LOANS),** (the "Seller/Transferor/Assignor") hereby grants, assigns and transfers to **SECURITY TRUST,** ("Purchaser/ Transferee/Assignee") the Successor Beneficiary, under the Assignment of Mortgage/Deed of Trust dated **March 9, 1998,** (see Exhibit "A") under that certain Deed of Trust dated **February 24, 1998,** and recorded **March 3, 1998,** in the official records of **HAMPTON as, Document No. 980003499, BOOK NO. 1232, PAGE NO. 0134,** with respect to that certain real property located at **423 SEMINOLE ROAD HAMPTON, VA 23661** (the "Property") which is more particularly described as:

**SEE ATTACHED "EXHIBIT A"**

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002(g) of the *Federal Rules of Bankruptcy Procedure,* the undersigned as Trustee for Secured Creditor, **Security Trust,** hereby requests that copies of any notices required to be given to creditors under *Rule 2002* or under any other provisions of the *Federal Rules of Bankruptcy Procedure* be sent to the undersigned at the following address in addition to any other address for such creditor, which may be shown on schedules, list of creditors, proof of claim, or other Requests for Special Notice filed in this case.

1

SECURITY TRUST
7119 E. Shea Blvd. #109-466
Scottsdale, AZ 85254
File No. ST-4224

Date: April 8, 2004                             By: _____
                                                James E. Schillinger, Trustee for
                                                **SECURITY TRUST**

**ORIGINAL** and one **COPY** of the Foregoing mailed for filing this 21st day of April, 2004

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
PO BOX 1938
NORFOLK, VA 23501

**Copies** of the foregoing mailed to the following this 21st day of April, 2004

CHAPTER 13 TRUSTEE
GEORGE W NEAL
PO BOX 1474
PORTSMOUTH, VA 23705

DEBTORS ATTORNEY
RICHARD G. POINSETT
2030 COLISEUM DRIVE, SUITE C
HAMPTON, VA 23666

By: _____
James E. Schillinger, Trustee for
**SECURITY TRUST**

2

# "EXHIBIT A"

Return Recorded Document to:

KIM A. JONES
SECURITY TRUST
7119 E. SHEA BLVD., #109-466
SCOTTSDALE, AZ 85254
(800) 958-2604

## CORPORATE ASSIGNMENT
## RECORDING COVER PAGE

SEE ATTACHED CORPORATE ASSIGNMENT

Prepared By: _____
Kim A. Jones, Documentation Specialist

After Recording, Please Mail To:

Security Trust
7119 E. Shea Blvd., #109-466
Scottsdale, AZ 85268
(800) 958-2604

## CORPORATE ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to

Security Trust
7119 E. Shea Blvd.
#109-466
Scottsdale, AZ 85254

without recourse except as otherwise agreed separately in writing, all of the rights, title and interest in and to that certain Real Estate Mortgage or Deed of Trust dated   February 24, 1998   executed by   ERNEST MOORE JR and OLIVIA H MOORE

(customer) to   FIRST INDIANA BANK                                                                                          (Dealer)
and assigned to   FIRSTPLUS FINANCIAL, INC.
whose principal place of business is   1600 VICEROY DRIVE, Dallas, TX 75235-4902
which Mortgage or Deed of Trust was recorded in Volume _1332 / 1272_, Page _0139 0964_,
  Hampton City   County Official Records, State of   Virginia   , and encumbering the real estate commonly known as   423 SEMINOLE RD, Hampton, VA 23661   B-137 KH Recorded 3-3-98
as more particularly described in Exhibit A, attached hereto and made a part hereof.

  TOGETHER with the note(s) or retail installment sales contract(s) or other contract(s) therein described or referenced, the money due and to become due thereon (including principal, interest, late fees, and all other charges and amounts), and all rights accrued or to accrue under said Real Estate Mortgage or Deed of Trust.

IN WITNESS WHEREOF, the undersigned has executed this Assignment as of the   9th   day of   March   ,   1998   , to be effective the   24th   day of   February, 1998   .

Signed and Acknowledged
In the Presence of:

_/s/ Joanne Phelps_
JOANNE PHELPS

_/s/ Mark Allen_
MARK ALLEN

FIRSTPLUS FINANCIAL, INC. (F/K/A REMODELERS NATIONAL FUNDING CORP.)

By: _/s/ Belinda Torres_
Its: BELINDA TORRES, AUTHORIZED OFFICER

STATE OF   TEXAS
COUNTY OF   DALLAS          ) ss:

BEFORE ME, a notary public in and for said county and state, personally appeared the above named **FirstPlus Financial, Inc.**, by   BELINDA TORRES   , its   AUTHORIZED OFFICER   , who acknowledged that he did sign the foregoing instrument for and on behalf of such Corporation, by authority of its Board of Directors, and that the same is the free act and deed of said Corporation and the free act and deed of his personally and as such officer.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at   DALLAS, TEXAS   , this   9th   day of   March   ,   1998   .

_/s/ Kristi S. Cromeens_ , Notary Public

KRISTI S. CROMEENS
Notary Public, State of Texas
My Commission Exp. 11-12-2000

This instrument was prepared by: FIRSTPLUS FINANCIAL, INC.
1600 VICEROY DRIVE, Dallas, TX 75235-4902.

FIRSTPLUS CORPORATE ASSIGNMENT                                                                                                                         FPCORP1 02/97

EXHIBIT "A"

ALL THE CERTAIN OT, PIECE OR PARCEL OF LAND, SITUATE, LYING
AND BEING IN THE CITY OF HAMPTON, VIRGINIA, KNOWN AND
DESIGNATED AS LOT NUMBERED TWENTY-FIVE (25), IN BLOCK
NUMBERED FORTY-SEVEN (47), AS SHOWN ON THAT CERTAIN PLAT
ENTITLED HAMPTON ROADS, PART OF BLOCK 40 AND BLOCKS 47 AND
48, MADE BY J. B. SINCLAIR, JR., CIVIL ENGINEER, DATED
FEBRUARY 27, 1942, DULY OF RECORD IN THE CLERK'S OFFICE OF
THE CIRCUIT COURT OF THE CITYOF HAMPTON, VIRGINIA, IN PLAT
BOOK 2, PAGE 9; TO WHICH REFERENCE IS HERE MADE SAVE AND
EXCEPTING THEREFROM THE SOUTHERLY 6 FEET OF LOT NUMBERED 25,
WHICH WAS CONVEYED TO VERNON O. SMITH AND HELEN E SMITH,
HUSBAND AND WIFE, BY BRIARFOELD VILLA, INCORPORATED, BY DEED
DATED JUNE 27, 1947, RECORDED IN THE AFORESAID CLERK'S
OFFICE ON JULY 22, 1947, IN DEED BOOK 146, PAGE 153.

Agreement by and between   ERNEST MOORE JR and OLIVIA H MOORE

(customer) and   FIRST INDIANA BANK                                                               (Dealer
After Recording, Please Mail To:
    FIRSTPLUS FINANCIAL, INC.
    1600 VICEROY DRIVE
    Dallas, TX 75235-2306

CORPORATE ASSIGNMENT - EXHIBIT A                                                    FPCORPA1 10/96

# SECURITY TRUST



April 21, 2004

U.S. Bankruptcy Clerk
Eastern District of Virginia
P.O. Box 1938
Norfolk, VA 23501

Re:   Ernest and Olivia Moore
      Bankruptcy No: 03-51907
      Loan Number: ST-4224

To Whom It May Concern:

Enclosed please find an original plus one copy of a Notice of Assignment of Beneficial Interest and Request for Notice for filing in connection with the above-referenced case. Also enclosed is a stamped self-addressed envelope for returning a file-stamped copy of the Notice of Assignment of Beneficial Interest and Request for Notice to the undersigned.

Thank you for your attention to this matter.

Sincerely,

Kim A. Jones
Bankruptcy Servicing

Enclosures